

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2019

No. 04-18-00853-CV

**IN RE C.D.M.** and C.M.M., Children

Original Mandamus Proceeding[1]

**ORDER**

On November 13, 2018, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted on November 13, 2018. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The stay imposed on November 13, 2018 is LIFTED.

It is so **ORDERED** on February 6, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-13803, styled *In the Interest of C.D.M. and C.M.M., Children*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.